UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARAH BURRINGTON,

                      Plaintiff,

     v.

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

                   Defendant.

CASE NO. 2:26-cv-02128-RSL

ORDER OF DISMISSAL

It having been reported to the Court on July 15, 2026, that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within thirty (30) days hereof to reopen this cause if the reported settlement is not consummated. All deadlines previously set are hereby STRICKEN.

DATED this 15th day of July, 2026.

_Robert S. Lasnik_

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1